**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 97-30002
_____

KIMBERLY ANN GREENWELL,

                              Plaintiff - Appellee,

VERSUS

RAYTHEON AEROSPACE, INC., ET Al.

                              Defendants

RAYTHEON AEROSPACE, INC. and WAYNE LEESE,

                              Defendants - Appellants.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-2138)
_____

December 22, 1997

Before DAVIS, JONES and DENNIS, Circuit Judges

PER CURIAM[*]

    Appellants Raytheon Aerospace, Inc. ("Raytheon") and Wayne
Leese ("Leese") appeal a jury verdict in favor of Kimberly Ann
Greenwell on her claims of sex-based discrimination under Title VII
and Louisiana anti-discrimination laws.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having considered the oral and written arguments of counsel and the record in this case, we see no reversible error in the rulings or judgment of the district court, except as to the award of punitive damages. With respect to the latter issue, however, we conclude that the plaintiff failed to present sufficient evidence from which a reasonable trier of fact could conclude that Raytheon engaged in discriminatory practices "with malice or with reckless indifference to the federally protected rights of [the plaintiff-appellee]." 42 U.S.C. § 1981a(b)(1); see Patterson v. P.H.P. Healthcare Corp., 90 F.3d 927, 943-44 (5th Cir. 1996); Farpella-Crosby v. Horizon Health Care, 97 F.3d 803, 809-10 (5th Cir. 1996).

Accordingly, the judgment of the district court is REVERSED in part, to vacate the award of punitive damages, and AFFIRMED in all other respects.